**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

JEREMIAH ULYSSES JONES,

   Petitioner,

           v.

WARDEN, Southern Ohio Correctional Facility,

   Respondent.

Case No. 1:25cv00508

Judge Michael R. Barrett

**ORDER**

This matter is before the Court on the January 28, 2026 Report and Recommendations ("R&R") filed by the Magistrate Judge (Doc. 10), in which he recommends that Jeremiah Ulysses Jones' Petition for a Writ of Habeas Corpus[1] be dismissed with prejudice (as barred by the statute of limitations) and that a certificate of appealability be denied.

Proper notice was given to Petitioner under Fed. R. Civ. P. 72(b), including notice that he may forfeit rights on appeal if he failed to file objections to the R&R in a timely manner.[2]  *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981); *see Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019).  To date, no objections have been filed and the time to do so has passed.

The R&R (Doc. 14) of the Magistrate Judge is hereby **ACCEPTED** and **ADOPTED**.  Consistent with the recommendation by the Magistrate Judge, the Petition (Doc. 1) is **DISMISSED with prejudice** (as barred by the statute of limitations).  Because reasonable jurists would not disagree with this conclusion, Petitioner is **DENIED** a certificate of appealability.  The Court **CERTIFIES** that any appeal to the United States Court of Appeals for the Sixth Circuit would be objectively frivolous and, consequently, Petitioner is **DENIED** leave to appeal *in forma pauperis*.

   **IT IS SO ORDERED.**

                /s/ *Michael R. Barrett*
                JUDGE MICHAEL R. BARRETT

---

[1] Respondent filed the State Court Record (Docs. 7, 8) followed by a Return of Writ (Doc. 9).  Petitioner, who is represented by counsel, did not file a reply.

[2] *See also* 28 U.S.C. § 636(b)(1)(C).